UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO LOPEZ,<br><br>              Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>              Defendant. | Case No. ED CV 14-646-PJW<br><br>J U D G M E N T |

For the reasons set forth in the Memorandum Opinion and Order issued today, it is hereby adjudged that the Agency's decision is affirmed and the action is dismissed with prejudice.

DATED: March 31, 2015

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Social Security\LOPEZ, BENITO 14-646\judgment.wpd